**Order entered December 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00844-CV**

**IN RE J.H., Relator**

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 95585-422**

**ORDER**
Before Justices Osborne, Reichek, and Browning

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     JOHN G. BROWNING
        JUSTICE